**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, CENTER FOR CONSTITUTIONAL RIGHTS, and AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant.* | Civil Action No.: 25-cv-5292 (JSR) |

**DECLARATION OF C. J. SANDLEY IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, C.J. Sandley, Esq., declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am a senior staff attorney with the Center for Constitutional Rights, counsel to Plaintiffs Florence Immigrant and Refugee Rights Project and Amica Center for Immigrant Rights, as well as the Center for Constitutional Rights, co-Plaintiffs in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of a chart, "HHS Key Memoranda" created by Plaintiffs' counsel. This chart lists 8 entries (and the corresponding Bates numbers) included in Defendant HHS's *Vaughn* index that Plaintiffs contend include improperly withheld information. True and correct copies

of the documents referenced in this chart, produced to Plaintiffs by Defendant HHS, are annexed to Exhibit A as Documents A1–A8.

3. Attached as Exhibit B is a true and correct copy of a chart, "HHS Key Emails" created by Plaintiffs' counsel. This chart lists 10 entries (and the corresponding Bates numbers) included in Defendant HHS's *Vaughn* index that Plaintiffs contend include improperly withheld information. True and correct copies of the documents referenced in this chart, produced to Plaintiffs by Defendant HHS, are annexed to Exhibit B as Documents B1–B10.
4. Attached as Exhibit C is a true and correct copy of a chart, "HHS Spreadsheet Copies" created by Plaintiffs' counsel. This chart lists 4 entries (and the corresponding Bates numbers) included in Defendant ICE's *Vaughn* index that Plaintiffs contend include improperly withheld information. True and correct copies of the documents referenced in this chart, produced to Plaintiffs by Defendant HHS, are annexed to Exhibit C as Documents C1–C4.
5. Attached as Exhibit D is a true and correct copy of a Bates No. 55, "HHS Unknown Attachment," produced to Plaintiffs by Defendant HHS in this litigation.
6. Attached as Exhibit E is a true and correct copy of Bates Nos. 56-59 produced to Plaintiffs by Defendant HHS in this litigation.
7. Attached as Exhibit F is a true and correct copy of Bates No. 7 produced to Plaintiffs by Defendant HHS in this litigation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 18, 2026 in Leeds, Alabama.

C.J. Sandley
Center for Constitutional Rights
P.O. Box. 486
Birmingham, AL 35201
csandley@ccrjustice.org