# EXHIBIT A: HHS KEY MEMORANDA

| EXHIBIT NO. | BATES NUMBERS |
|---|---|
| EX A1 | 90-94 |
| EX A2 | 218-221 |
| EX A3 | 229-231 |
| EX A4 | 233-238 |
| EX A5 | 240-242 |
| EX A6 | 244-265 |
| EX A7 | 266-272 |
| EX A8 | 286-293 |

# EXHIBIT A1

ADMINISTRATION FOR CHILDREN & FAMILIES

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

**DATE:** July 14, 2025

**TO:** Andrew Gradison, Acting Assistant Secretary for Children and Families

**Through:** Linda Hitt, Executive Secretary

**FROM:** Angie Salazar, Acting Director, Office of Refugee Resettlement

**SUBJECT:** DECISION –Unaccompanied Alien Children Legal Services Bridge Contract for the Office of Refugee Resettlement

## ACTION REQUESTED

The Administration for Children and Families' (ACF) Office of Refugee Resettlement (ORR) requests approval to coordinate with the Department of Health and Human Services (HHS) Office of Acquisition Management Services (OAMS) to perform all necessary contracting functions to award a sole-source bridge contract to the Acacia Center for Justice for 12 months, to continue to provide unaccompanied alien children (UAC) with the legal services currently provided under contract 140D0422C0009. If approved, the ORR Division of Budget Planning and Analysis (DBPA) will provide funding not to exceed [redacted] via requisition to fully fund the period of performance from August 1, 2025, to July 31, 2026. In addition, DBPA will pay acquisition fees to OAMS once the award is complete and OAMS assesses the associated fees.

## BLUF

The Department of Interior, Interior Business Center (DOI-IBC) competitively awarded the current UAC legal services contract 140D0422C0009 as an assisted acquisition for ORR. DOI-IBC notified HHS that it will be terminating the interagency agreement (IAA) for ORR's legal services requirement on or before July 31, 2025. As a result, HHS must have a contract in place for UAC legal services by July 31, 2025. To meet this time sensitive need, ORR requests authorization to award a bridge contract to the incumbent contractor, the Acacia Center for Justice, to provide UAC legal services for a period not to exceed 12 months. The following table details the estimated costs for the 12-month period from August 1, 2025, to July 31, 2026.

| Cost Element | Estimated Cost |
|---|---|
| CLIN 1: Legal Orientations and Legal Screenings [Firm Fixed Price (FFP)] | [redacted] |
| CLIN 2: Representation, Other Legal Assistance, Data Collection & Analysis, and Services at Emergency Facilities [Time and Materials (T&M)] | [redacted] |
| CLIN 3: Attorney Recruitment Pipeline (FFP) | [redacted] |
| CLIN 4: Spanish Language Support and Technical Assistance Training (FFP) | [redacted] |
| [redacted] Adjustment to account for unknown | [redacted] |

| Cost Element | Estimated Cost |
|---|---|
| Total Amount Requested | (b) (5) [redacted] |

This requirement was included in the ACF Departmental Efficiency Review "Submission 3" and was approved on June 4, 2025, by the Deputy Secretary for HHS.

## TARGET RELEASE DATE

ORR requests an approval decision no later than July 14, 2025.

## RATIONALE FOR EXPEDITED RELEASE

Expedited approval is necessary to secure access to contracting resources, ensure a contract award no later than July 31, 2025, and continue to comply with ORR's statutory responsibilities and a preliminary injunction.

## RECOMMENDATION

ACF ORR recommends approval to coordinate with HHS OAMS to perform all necessary contracting functions to award a sole-source bridge contract to the Acacia Center for Justice for 12 months to continue to provide UAC with the legal services currently provided under contract 140D0422C0009. If approved, the ORR DBPA will provide funding not to exceed (b) (5) [redacted] via requisition to fully fund the period of performance from August 1, 2025, to July 31, 2026. In addition, DBPA will pay acquisition fees to OAMS once the award is complete and OAMS assesses the associated fees.

## EXECUTIVE SUMMARY

The primary purpose of this acquisition is to provide legal services to UAC in ORR facilities, including "Know Your Rights" (KYR) presentations and legal screenings. ORR has contracted for legal services for UAC through various contracts since 2009. The current DOI-IBC contract, contract 140D0422C0009, was awarded to the Acacia Center for Justice on March 29, 2022, with a 5-year period of performance (base plus four option periods). Near the end of Option Period 2 in March 2025, the Acting Assistant Secretary for ACF approved a strategy for ORR to transition to a new method of delivering required legal services that would eliminate the need for a distinct UAC legal services contract going forward. The strategy included developing a recorded video for KYR presentations and shifting responsibility to grantee care providers by sub-granting legal services via addendums to their cooperative agreements. Specifically, grantees would ensure UAC receive a KYR presentation concerning the rights and responsibilities of undocumented alien children in the immigration system via video or in-person and for arranging for legal screenings with local legal service providers.

As part of the implementation of this strategy, on March 21, 2025, DOI-IBC partially terminated the DOI-IBC contract to remove the contract line-item numbers (CLINs) for Direct Representation (CLIN 2), Recruitment (CLIN 3), and Direct Representation Expansion (CLIN 4). The partial termination removed these CLINs from the remainder of Option Period 2 and the rest of the unexercised option periods in the contract (Option Periods 3 and 4). After the partial termination was accomplished through contract modification P00010, the only services left on the DOI-IBC

contract were KYR presentations and legal screenings (CLIN 1).

Instead of exercising Option Period 3, ORR decided to extend the period of performance by 6 months, as permitted under the terms of the contract in accordance with FAR clause 52.217-8. ORR determined that extending the contract for 6 months (through September 29, 2025) would allow time for: (1) ORR to create a KYR video, (2) ORR to develop and obtain approval of addendum language terms and requirements for grantee care providers to follow regarding the provision of legal services, and (3) ORR grantee care providers to negotiate, budget, and have these arrangements approved by their respective grant Project Officer. On March 28, 2025, DOI-IBC issued modification P00011, which established September 29, 2025, as the contract end date.

(b) (5) [redacted]

[redacted]

On June 25, 2025, DOI formally notified ORR that DOI would not provide contract administration for the DOI-IBC awarded contract with the Acacia Center for Justice after July 31, 2025. (b) (5) [redacted].

(b) (5) [redacted]

**Notable Timing Factors and Administration Priorities**:

(b) (5) [redacted]

**Novel Elements to Consider:**
N/A.

**Legal Authority:**

- The Homeland Security Act of 2002 (HSA), at 6 U.S.C. 279, transferred the care and custody of UAC from the former Immigration and Naturalization Service to ORR. Among other things, the HSA makes the ORR Director responsible for coordinating and implementing the care and placement of UAC who are in federal custody by reason of their immigration status; compiling, updating, and publishing at least annually a state-by-state list of professionals or other entities qualified to provide guardian and attorney representation services for UAC; identifying a sufficient number of individuals, entities, and facilities to house UAC; overseeing the infrastructure and personnel of facilities in which UAC reside; and maintaining various statistical information and other data on UAC for whose care ORR is responsible. *See generally* 6 U.S.C. 279(b)(1).
- The Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA), at 8 U.S.C. 1232(i), provides specific legal authority for HHS to enter into grants and contracts to carry out statutory responsibilities related to the care of UACs. Specifically, this provision allows HHS to carry out statutory provisions under the TVPRA and HSA.
- The Unaccompanied Children Program Foundational Rule, 45 CFR part 410, implements ORR's statutory and other legal responsibilities, including, as relevant here:
    - An in-person, telephonic, or video presentation concerning the rights and responsibilities of undocumented children in the immigration system, presented in the native or preferred language of the UAC and in an age-appropriate matter (45 CFR 410.1309(a)(2)(i).
    - Information regarding the availability of free legal assistance and that the UAC may be represented by counsel at no expense to the Government (45 CFR 410.1309(a)(2)(ii).
    - A confidential legal consultation with a qualified attorney to determine possible forms of relief from removal in relation to the UAC's immigration case (45 CFR 410.1309(a)(2)(v).
    - To the extent ORR determines that appropriations are available, and insofar as it is not practicable for ORR to secure pro bono counsel, ORR shall fund legal services providers to provide direct immigration legal representation for certain unaccompanied children, subject to ORR's discretion and available appropriations (45 CFR 410.1309(a)(4).

## ANTICIPATED STAKEHOLDER REACTION

N/A.

## ROLLOUT

Upon approval, ORR DBPA will provide funding for the action via requisition to facilitate the award. In addition, DBPA will pay acquisition fees to OAMS once the award is complete and OAMS assesses the associated fees.

**For questions, please contact:** Deb Doyle, 202-924-1932 (m) / deborah.doyle@acf.hhs.gov.

______________________/S/ Angie Salazar ______________________

---

**DECISION**

ACF ORR recommends approval to coordinate with HHS OAMS to perform all necessary contracting functions to award a sole-source bridge contract to the Acacia Center for Justice for 12 months, to continue to provide UAC with the legal services currently provided under contract 140D0422C0009. If approved, the ORR DBPA will provide funding not to exceed (b) (5) [redacted] via requisition to fully fund the period of performance from August 1, 2025, to July 31, 2026. In addition, DBPA will pay acquisition fees to OAMS once the award is complete and OAMS assesses the associated fees.

Approved [ x ]
Disapproved [ ]
Briefing Needed [ ]
Additional Comments:



7/14/2025

Andrew Gradison Date

Attachments
TAB A: DER ACF Submission Spreadsheet
TAB B: DER Approval Email

# EXHIBIT A2

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT A3

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT A4

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT A5

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT A6

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT A7

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT A8

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]