# EXHIBIT B:
# HHS KEY EMAILS

| EXHIBIT NO. | BATES NUMBERS |
|---|---|
| EX B1 | 17-22 |
| EX B2 | 28-30 |
| EX B3 | 42-43 |
| EX B4 | 71 |
| EX B5 | 81-82 |
| EX B6 | 95-97 |
| EX B7 | 135-136 |
| EX B8 | 150 |
| EX B9 | 169-170 |
| EX B10 | 382-383 |

# EXHIBIT B1

**From:** Suh, Victor (HHS/OGC/CFAD)
**To:** Mimnaugh, Emily (HHS/OGC); Balderston, Deirdre (HHS/OGC)
**Subject:** RE: ORR Legal Services Contract - Statutory Obligations
**Date:** Tuesday, July 22, 2025 1:24:32 PM

Hi Emily, I've made some suggested clarifying edits below (see blue highlights). (b) (5) [redacted]

Thanks,

Victor

G. Victor Suh
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
O: (202) 774-3039
C: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

**From:** Mimnaugh, Emily (HHS/OGC)
**Sent:** Monday, July 21, 2025 5:10 PM
**To:** Suh, Victor (HHS/OGC/CFAD) ; Balderston, Deirdre (HHS/OGC)
**Subject:** RE: ORR Legal Services Contract - Statutory Obligations

Hi Victor – Thanks! I've revised as below but please let me know if you disagree:

(b) (5) [redacted]

- [redacted]
  - [redacted]

(b) (5)

[redacted]

- [redacted]
    - [redacted]
    - [redacted]
        - [redacted]
        - [redacted]
- [redacted]
    - [redacted]
    - [redacted]
    - [redacted]

(b) (5) [redacted]

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Sent:** Monday, July 21, 2025 11:27 AM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>
**Subject:** RE: ORR Legal Services Contract - Statutory Obligations

Hi Emily,

(b) (5) [redacted]

Thanks,
Victor

G. Victor Suh
Attorney
Office of the General Counsel
Children, Families and Aging Division

U.S. Dep't of Health & Human Services
O: (202) 774-3039
C: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Sunday, July 20, 2025 10:09 PM
**To:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>
**Subject:** RE: ORR Legal Services Contract - Statutory Obligations

Hi Victor,

Thank you for the background and analysis. (b) (5) [redacted]

- [redacted]
  - [redacted]
- [redacted]
  - [redacted]
- [redacted]
  - [redacted]
- [redacted]

(b) (5)

[redacted]

Emily Claire Mimnaugh

Deputy General Counsel

Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Sent:** Thursday, July 17, 2025 9:23 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>
**Subject:** RE: ORR Legal Services Contract - Statutory Obligations

Hi Emily,

(b) (5) [redacted]

[redacted]

- [redacted]
  - [redacted]
  - [redacted]
- [redacted]
  - [redacted]
    - [redacted]

(b) (5) [redacted]

- [redacted]

(b) (5) [redacted]

Please let us know if you'd like any additional follow-up.

Thanks,

Victor

G. Victor Suh
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
O: (202) 774-3039
C: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Thursday, July 17, 2025 1:01 PM
**To:** Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>; Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Ni, An (HHS/OGC) <An.Ni@hhs.gov>
**Subject:** ORR Legal Services Contract - Statutory Obligations

Hi CFAD,

(b) (5) [redacted]

(b) (5) [redacted]

Many thanks!

Emily

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

# EXHIBIT B2

**From:** Mimnaugh, Emily (HHS/OGC)
**To:** Wall, Jonathan (HHS/OGC)
**Cc:** Suh, Victor (HHS/OGC/CFAD); Balderston, Deirdre (HHS/OGC); Voltaire, Jean-Michel (HHS/OGC); Dodd-Chatman, Mahogany (HHS/OGC)
**Subject:** RE: CLS v HHS - Confirm with DOJ necessity of update to DM: Legal Services Contract
**Date:** Wednesday, July 30, 2025 5:24:54 PM
**Attachments:** 75P00125C00016 ACJ Signed.pdf
ATTACHMENT J.2- DRAFT QASP.pdf

---

Here we go!

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Mimnaugh, Emily (HHS/OGC)
**Sent:** Wednesday, July 30, 2025 5:16 PM
**To:** Wall, Jonathan (HHS/OGC)
**Cc:** Suh, Victor (HHS/OGC/CFAD) ; Balderston, Deirdre (HHS/OGC) ; Voltaire, Jean-Michel (HHS/OGC) ; Dodd-Chatman, Mahogany (HHS/OGC)
**Subject:** RE: CLS v HHS - Confirm with DOJ necessity of update to DM: Legal Services Contract

Hi Jon – Several phone calls later, I'm told I will get a copy imminently. Apologies for the delay.

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Mimnaugh, Emily (HHS/OGC)
**Sent:** Wednesday, July 30, 2025 3:30 PM
**To:** Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Cc:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>; Voltaire, Jean-Michel (HHS/OGC) <Jean-michel.Voltaire@hhs.gov>; Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** RE: CLS v HHS - Confirm with DOJ necessity of update to DM: Legal Services Contract

Thanks Jon – I've requested a signed copy of the contract asap.

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Sent:** Wednesday, July 30, 2025 3:22 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Cc:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>; Voltaire, Jean-Michel (HHS/OGC) <Jean-michel.Voltaire@hhs.gov>; Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** RE: CLS v HHS - Confirm with DOJ necessity of update to DM: Legal Services Contract

Hi Emily,

Is it possible to get a copy of the new contract referenced below?

(b) (5) [redacted]

Thanks,

Jon

Jonathan D. Wall
Senior Litigation Attorney
Office of the General Counsel | National Complex Litigation and Investigations Division
U.S. Department of Health and Human Services
(202) 853-4292

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>

**Sent:** Wednesday, July 30, 2025 11:41 AM
**To:** Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Cc:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>; Voltaire, Jean-Michel (HHS/OGC) <Jean-michel.Voltaire@hhs.gov>; Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** CLS v HHS - Confirm with DOJ necessity of update to DM: Legal Services Contract

Hi Jon,

Per my phone call, below is the confirmation of the legal services contract ORR needed to remain in compliance with the CLS injunction since the deadline is July 31 because that is the date on which DOI will no longer service the contract (which would have otherwise run through September).

(b) (5) [redacted]

Many thanks,

Emily

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Wednesday, July 30, 2025 11:19 AM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Happy to report that the ORR Legal Service contract has been signed and the award has been fully executed as of a few mins ago! Thank you all for the support. This would not have been possible without the hyper-collaboration between ACF/ORR, OAMS, ASFR/OA, and OGC teams on working this effort.

There is a bit of post-award clean up that we will continue to work in the coming days but we have cleared award – one day ahead of schedule!

Thanks again for your support.

/R
Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Friday, July 25, 2025 6:45 PM
**To:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Many thanks, Quentin.
Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Friday, July 25, 2025 6:44 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Good Evening Emily,

Yes, we are on track for award ahead of the July 31st deadline. All HHS stakeholders are engaged, with no roadblocks to report.

/R
Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Friday, July 25, 2025 4:51 PM
**To:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Good Afternoon Quentin,

I just waned to touch base and confirm that the new contract is on track for the July 31 deadline.

Please let me know asap if there are any issues.

Many thanks and happy Friday,

Emily

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Tuesday, July 22, 2025 10:33 AM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Good Morning Emily, (b) (5) [redacted]

I am confirming that as of this morning OAMS has received the updated ACF DM for this action. Also we received the quote from Acacia, waiting until noon to see if any others responded.

Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Tuesday, July 22, 2025 12:36 AM
**To:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** Re: Update to DM: Legal Services Contract

(b) (5) [redacted]

**Emily Claire Mimnaugh**
Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Tuesday, July 22, 2025 00:08
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

(b) (5) [redacted]

/R
Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Monday, July 21, 2025 10:38 PM
**To:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** Re: Update to DM: Legal Services Contract

Quentin - (b) (5) [redacted]

Please clarify.

**Emily Claire Mimnaugh**
Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or

distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Monday, July 21, 2025 10:08:00 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Hi Emily,

Since we last spoke, OAMS extended the proposal due date to tomorrow, July 22nd at noon, primarily in response to multiple requests from the vendors we solicited.

Separately, ORR had committed (see highlighted section in email below) to providing OAMS with an updated ACF DM reflecting the agreed-upon changes to the PoP. This document is critical for us to revise, package, and route the mandatory pre-award acquisition documents that require signatures prior to award.

We are unable to finalize the revisions or begin routing the package for approvals until the updated ACF DM is received.

/R
Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Monday, July 21, 2025 9:54 PM
**To:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Quentin,
When we last touched base on Wednesday, as attached, you confirmed you were on track and that the necessary quotes were expected by today (July 21). (b) (5) [redacted]

Thank you,
Emily

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Monday, July 21, 2025 9:41 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Good Evening – (b) (5) [redacted]

/R

Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Tuesday, July 15, 2025 7:26 PM
**To:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Hi Quentin – Yes, the request is to have four, 3-month option periods of performance.

Thank you!

Emily

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice:** This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error,

please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Sent:** Tuesday, July 15, 2025 6:33 PM
**To:** Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Thank you all. Confirming that OAMS will proceed with a 3 month base period of performance, with additional options. (b) (5) [redacted]

/R

Quentin McCoy

Head of Contracting Activity (HCA)

OAMS | ASA | HHS

---

**From:** Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>
**Sent:** Tuesday, July 15, 2025 5:45 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>; McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>
**Subject:** RE: Update to DM: Legal Services Contract

Confirmed, thank you.

Angie Salazar

Acting Director, Office of Refugee Resettlement

Administration for Children and Families

U.S. Department of Health and Human Services

Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Tuesday, July 15, 2025 5:42 PM
**To:** Gradison, Andrew (ACF) <Andrew.Gradison@acf.hhs.gov>; Salazar, Angie (ACF) <Angie.Salazar@acf.hhs.gov>; McCoy, Quentin (OS/ASA/OAMS) <Quentin.McCoy@hhs.gov>
**Cc:** Rice, Garey (OS/IOS) <Garey.Rice1@hhs.gov>; Johnson, Jennifer (HHS/ASFR) <Jennifer.Johnson@hhs.gov>

**Subject:** Update to DM: Legal Services Contract

Good Evening Acting Assistant Secretary Gradison and Acting Director Salazar,

This email is to confirm with OAMS, as discussed, that ORR would like to proceed with a **three-month** contract with options instead of the full twelve-month contract, beginning on August 1, 2025, for the legal services as described in the four CLINs on page 1 of the attached Decision Memo (DM). The DM will be updated to reflect the reduced length of the contract and corresponding cost estimates once OAMS receives the necessary new quotes.

This email is being sent so you can proceed with obtaining those quotes and meet the July 31, 2025 deadline.

**Acting Assistant Secretary Gradison and Acting Director Salazar**: I would be grateful if you could each reply all and **CONFIRM** for OAMS.

Many thanks,

Emily Mimnaugh

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

# EXHIBIT B3

**Lancey, Brandon (OS/ASPA)**

**From:** Keveney, Sean (HHS/OGC)
**Sent:** Friday, February 7, 2025 4:55 PM
**To:** Harper, Mellissa (ACF); Anderson, Hannah (HHS/IOS); Melanson, Heather F.(HHS/IOS)
**Cc:** Kelley, Elizabeth (HHS/OGC)
**Subject:** FW: Vera
**Attachments:** 20250207 Vera Contract - Legal Requirements.xlsx; Vera Institute of Justice Inc_HHSP233201500041C.xlsx; HHSP233201500041C_Base and Modifications.zip

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

(b) (5) [redacted]

[redacted]

Happy to discuss.

Best,

Sean

---

**From:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Sent:** Friday, February 7, 2025 4:49 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Kelley, Elizabeth (HHS/OGC) <Elizabeth.Kelley@hhs.gov>; Barry, Dan (ARPA-H) <dan.barry@arpa-h.gov>; Goulding, Michael (HHS/OGC) <Michael.Goulding@hhs.gov>; Scott, Marie (HHS/OGC) <Marie.Scott@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>; Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** RE: Vera

Sean,

(b) (5) [redacted]

[redacted]

[redacted]

(b) (5) [redacted]

Many thanks to Mahogany, our newest team member, for her work in putting this table together.

Please let us know if you have any questions about this.

Thanks,
Victor

(b) (5) [redacted]

G. Victor Suh
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
O: (202) 774-3039
C: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Sunday, February 2, 2025 1:25 PM
**To:** Scott, Marie (HHS/OGC) <Marie.Scott@hhs.gov>
**Cc:** Kelley, Elizabeth (HHS/OGC) <Elizabeth.Kelley@hhs.gov>; Barry, Dan (ARPA-H) <dan.barry@arpa-h.gov>; Goulding, Michael (HHS/OGC) <Michael.Goulding@hhs.gov>
**Subject:** FW: Vera

Marie: (b) (5) [redacted]

Thanks,

Sean

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Sunday, February 2, 2025 8:31 AM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Morning Mr. Keveney,

Attached is a list of the base period and 17 modifications for HHSP233201500041C. The list includes important details, including transaction, action date, amount, and action type. I've also attached a revised Zip file which added Modifications 14-17.

**To help interpret the data, I've included definitions for each column below:**

- **Column A: Transaction** – Identifies the modification number. Base period of contract is 0.
- **Column B: Action Date** – The date the base period was awarded and the dates the modifications were issued.
- **Column C: Amount**– The amount of money added or subtracted from the initial awarded amount by the modification. The initial awarded amount is $24,698,132 (base period).
- **Column D: Description** – Describes the reason contract was modified.

I hope the MS Excel spreadsheet provides clarification. I am happy to discuss if you have any questions.

**Note:** HHSP233201500041C **expired on March 29, 2021**. We are in the process of closing out this contract (see Modifications 16 and 17).

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:33 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl

(OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

(b) (5) [redacted]

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:25:54 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Yes, it is the same contract. Please find attached another contract that PSC did with Vera Institute of Justice.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941

---

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:23 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Please see below. Is this the same contract you sent me earlier?

# EXHIBIT B4

**Lancey, Brandon (OS/ASPA)**

**From:** Dodd-Chatman, Mahogany (HHS/OGC)
**Sent:** Tuesday, June 24, 2025 1:06 PM
**To:** Hagberg, Tami (HHS/OGC)
**Cc:** Suh, Victor (HHS/OGC/CFAD)
**Subject:** (b) (5) [redacted]
**Attachments:** ORR_UACB_DecisionMemo_Approval_Legal_Services_Bridge_CFAD redlines.docx

Hi Tami,

(b) (5) [redacted]

Thanks,

Mahogany Dodd-Chatman
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: (240) 909-6328

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

# EXHIBIT B5

**Lancey, Brandon (OS/ASPA)**

**From:** Hagberg, Tami (HHS/OGC)
**Sent:** Monday, June 30, 2025 10:09 AM
**To:** Machado, Mari (ACF)
**Cc:** Smith, Tia (ACF); Moomaw, Sara (ACF); Papanicolas, Koula (ACF); Burdg, Jinee (ACF); Defranc, Deandra (ACF); Debany, Richard (ACF); Doyle, Deborah (ACF); Collins, Patrice (ACF); McQuerrey, Steffani (ACF); Johns, Frank (ACF); Ellis, Miranda (ACF); Suh, Victor (HHS/OGC/CFAD); Greene, Terrius (HHS/OGC); Snyderman, Anastasia (HHS/OGC); Henderson, Graeme (HHS/OGC)
**Subject:** RE: (b) (5) [redacted]
**Attachments:** ORR_UACB_DecisionMemo_Approval_Legal_Services_Bridge (GLD 6.30.2025).docx

Mari, good morning –

(b) (5) [redacted]

Sincerely,
Tami

Tami S. Hagberg | Assist. Deputy Assoc. General Counsel | HHS Office of the General Counsel | General Law Division | (202) 708-9830

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Machado, Mari (ACF)
**Sent:** Friday, June 27, 2025 8:58 AM
**To:** Hagberg, Tami (HHS/OGC)
**Cc:** Smith, Tia (ACF) ; Moomaw, Sara (ACF) ; Papanicolas, Koula (ACF) ; Burdg, Jinee (ACF) ; Defranc, Deandra (ACF) ; Debany, Richard (ACF) ; Doyle, Deborah (ACF) ; Collins, Patrice (ACF) ; McQuerrey, Steffani (ACF) ; Johns, Frank (ACF) ; Ellis, Miranda (ACF) ; Suh, Victor (HHS/OGC/CFAD) ; Greene, Terrius (HHS/OGC) ; Snyderman, Anastasia (HHS/OGC) ; Henderson, Graeme (HHS/OGC)
**Subject:** RE: (b) (5) [redacted]

Happy Friday Tami,

(b) (5) [redacted] Thank you so much.

Cordially,

Mari L. Machado-Gibbons
Special Assistant, Division of Budget Planning and Analysis
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Bureau of Operations
(b) (6) [redacted] (m)/ mari.machado@acf.hhs.gov

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

---

**From:** Hagberg, Tami (HHS/OGC) <Tami.Hagberg@hhs.gov>
**Sent:** Wednesday, June 25, 2025 7:46 PM
**To:** Machado, Mari (ACF) <Mari.Machado@acf.hhs.gov>
**Cc:** Smith, Tia (ACF) <Tia.Smith@acf.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; Papanicolas, Koula (ACF) <Koula.Papanicolas@acf.hhs.gov>; Burdg, Jinee (ACF) <Jinee.Burdg@acf.hhs.gov>; Defranc, Deandra (ACF) <Deandra.Defranc@acf.hhs.gov>; Debany, Richard (ACF) <Richard.Debany@acf.hhs.gov>; Doyle, Deborah (ACF) <Deborah.Doyle@acf.hhs.gov>; Collins, Patrice (ACF) <Patrice.Collins@acf.hhs.gov>; McQuerrey, Steffani (ACF) <Steffani.McQuerrey@acf.hhs.gov>; Johns, Frank (ACF) <Frank.Johns@acf.hhs.gov>; Ellis, Miranda (ACF) <Miranda.Ellis@acf.hhs.gov>; Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Greene, Terrius (HHS/OGC) <Terrius.Greene@hhs.gov>; Snyderman, Anastasia (HHS/OGC) <Anastasia.Snyderman@hhs.gov>; Henderson, Graeme (HHS/OGC) <Graeme.Henderson@hhs.gov>
**Subject:** RE: (b) (5) [redacted]

Mari, good afternoon –

(b) (5) [redacted]

[redacted]

[redacted]

[redacted]

Sincerely,
Tami

Tami S. Hagberg | Assist. Deputy Assoc. General Counsel | HHS Office of the General Counsel | General Law Division | (202) 708-9830

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Machado, Mari (ACF) <Mari.Machado@acf.hhs.gov>
**Sent:** Wednesday, June 25, 2025 4:45 PM
**To:** Hagberg, Tami (HHS/OGC) <Tami.Hagberg@hhs.gov>; Snyderman, Anastasia (HHS/OGC) <Anastasia.Snyderman@hhs.gov>
**Cc:** Smith, Tia (ACF) <Tia.Smith@acf.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; Papanicolas, Koula (ACF) <Koula.Papanicolas@acf.hhs.gov>; Burdg, Jinee (ACF) <Jinee.Burdg@acf.hhs.gov>; Defranc, Deandra (ACF) <Deandra.Defranc@acf.hhs.gov>; Debany, Richard (ACF) <Richard.Debany@acf.hhs.gov>; Doyle, Deborah (ACF) <Deborah.Doyle@acf.hhs.gov>; Collins, Patrice (ACF) <Patrice.Collins@acf.hhs.gov>; McQuerrey, Steffani (ACF) <Steffani.McQuerrey@acf.hhs.gov>; Johns, Frank (ACF) <Frank.Johns@acf.hhs.gov>; Ellis, Miranda (ACF) <Miranda.Ellis@acf.hhs.gov>
**Subject:** (b) (5) [redacted]

Good Afternoon Tami,

(b) (5) [redacted]

- [redacted]
- [redacted]

Thank you so much.

Cordially,

Mari L. Machado-Gibbons
Special Assistant, Division of Budget Planning and Analysis
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Bureau of Operations
(b) (6) [redacted] (m)/ mari.machado@acf.hhs.gov

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

---

**From:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Sent:** Tuesday, June 24, 2025 1:10 PM
**To:** Machado, Mari (ACF) <Mari.Machado@acf.hhs.gov>; Debany, Richard (ACF) <Richard.Debany@acf.hhs.gov>; Doyle, Deborah (ACF) <Deborah.Doyle@acf.hhs.gov>; Collins, Patrice (ACF) <Patrice.Collins@acf.hhs.gov>; McQuerrey, Steffani (ACF) <Steffani.McQuerrey@acf.hhs.gov>; Johns, Frank (ACF) <Frank.Johns@acf.hhs.gov>; Ellis, Miranda (ACF) <Miranda.Ellis@acf.hhs.gov>; Defranc, Deandra (ACF) <Deandra.Defranc@acf.hhs.gov>; Smith, Tia (ACF) <Tia.Smith@acf.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; Papanicolas, Koula (ACF) <Koula.Papanicolas@acf.hhs.gov>; Burdg, Jinee (ACF) <Jinee.Burdg@acf.hhs.gov>
**Cc:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Subject:** RE: (b) (5) [redacted]

Hi all,

(b) (5) [redacted]

[redacted]

Feel free to reach out with any questions for me,

Mahogany Dodd-Chatman
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: (240) 909-6328

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Machado, Mari (ACF) <Mari.Machado@acf.hhs.gov>
**Sent:** Wednesday, June 18, 2025 1:53 PM
**To:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Cc:** Debany, Richard (ACF) <Richard.Debany@acf.hhs.gov>; Doyle, Deborah (ACF) <Deborah.Doyle@acf.hhs.gov>; Collins, Patrice (ACF) <Patrice.Collins@acf.hhs.gov>; McQuerrey, Steffani (ACF) <Steffani.McQuerrey@acf.hhs.gov>; Johns, Frank (ACF) <Frank.Johns@acf.hhs.gov>; Ellis, Miranda (ACF) <Miranda.Ellis@acf.hhs.gov>; Defranc, Deandra (ACF) <Deandra.Defranc@acf.hhs.gov>; Smith, Tia (ACF) <Tia.Smith@acf.hhs.gov>; Moomaw, Sara (ACF)

<Sara.Moomaw@ACF.hhs.gov>; Papanicolas, Koula (ACF) <Koula.Papanicolas@acf.hhs.gov>; Burdg, Jinee (ACF) <Jinee.Burdg@acf.hhs.gov>
**Subject:** [redacted]
**Importance:** High

Good Afternoon Victor,

[redacted]

- [redacted]
- [redacted]

Cordially,

Mari L. Machado-Gibbons
Special Assistant, Division of Budget Planning and Analysis
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Bureau of Operations
(b) (6) [redacted] (m)/ mari.machado@acf.hhs.gov

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

# EXHIBIT B6

**Lancey, Brandon (OS/ASPA)**

**From:** McCoy, Quentin (OS/ASA/OAMS)
**Sent:** Monday, July 14, 2025 12:38 PM
**To:** Hagberg, Tami (HHS/OGC)
**Cc:** Rainey, Mary (OS/ASA/OAMS); Mengistu, Azeb (OS/ASA/OAMS); Hacker, Patrick (OS/ASA/OAMS); Voltaire, Jean-Michel (HHS/OGC); Wall, Jonathan (HHS/OGC); Suh, Victor (HHS/OGC/CFAD); Greene, Terrius (HHS/OGC)
**Subject:** RE: Draft Deviation - ORR Legal Services Requirement

Hi Tami/Terrius – Following our meeting with ORR, I met with my team this morning to discuss the key issues we've been discussing with you over the past weeks and would like to provide the following discussion points and areas of focus for our upcoming conversation with OGC:

(b) (5) [redacted]

[redacted]

We look forward to discussing these points further and appreciate OGC's support (b) (5) [redacted]

/R

Quentin McCoy
Head of Contracting Activity (HCA)
OAMS | ASA | HHS

---

**From:** Hagberg, Tami (HHS/OGC)
**Sent:** Friday, July 11, 2025 6:01 PM
**To:** McCoy, Quentin (OS/ASA/OAMS)
**Cc:** Rainey, Mary (OS/ASA/OAMS) ; Mengistu, Azeb (OS/ASA/OAMS) ; Hacker, Patrick (OS/ASA/OAMS) ; Voltaire, Jean-Michel (HHS/OGC) ; Wall, Jonathan (HHS/OGC) ; Suh, Victor (HHS/OGC/CFAD) ; Greene, Terrius (HHS/OGC) ; Hagberg, Tami (HHS/OGC)
**Subject:** RE: Draft Deviation - ORR Legal Services Requirement

Quentin,

Thank you for the update below and concur with finding a time on Monday (b) (5) [redacted] Please feel free to propose a time that works for your team, and OGC will coordinate based on those times.

(b) (5) [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

(b) (5)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Sincerely,
Tami

Tami S. Hagberg | Assist. Deputy Assoc. General Counsel | HHS Office of the General Counsel | General Law Division | (202) 708-9830

# EXHIBIT B7

**Lancey, Brandon (OS/ASPA)**

**From:** (b) (6) [redacted] (HHS/OGC)
**Sent:** Friday, February 7, 2025 4:55 PM
**To:** Harper, Mellissa (ACF); Anderson, Hannah (HHS/IOS); Melanson, Heather F.(HHS/IOS)
**Cc:** (b) (6) [redacted] (HHS/OGC)
**Subject:** FW: Vera
**Attachments:** 20250207 Vera Contract - Legal Requirements.xlsx; Vera Institute of Justice Inc_HHSP233201500041C.xlsx; HHSP233201500041C_Base and Modifications.zip

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

(b) (5) [redacted]

Happy to discuss.

Best,

(b) (6), (b) (5) [redacted]

---

**From:** (b) (6) [redacted] (HHS/OGC/CFAD) (b) (6) [redacted] @hhs.gov>
**Sent:** Friday, February 7, 2025 4:49 PM
**To:** (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted] @hhs.gov>
**Cc:** (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted] @hhs.gov>; (b) (6) [redacted] (ARPA-H) (b) (6) [redacted] @arpa-h.gov>; (b) (6) [redacted] (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted] @hhs.gov>; (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted] @hhs.gov>; (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted] @hhs.gov>; (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted] (b) (6) [redacted] @hhs.gov>
**Subject:** RE: Vera

(b) (6), (b) (5) [redacted]

(b) (5) [redacted]

(b) (5) [redacted]

Many thanks to (b) (6), (b) (5) [redacted] our newest team member, for her work in putting this table together.

Please let us know if you have any questions about this.

Thanks,
(b) (6), (b) (5) [redacted]

(b) (5) [redacted]

(b) (5), (b) (6) [redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
(b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted]@hhs.gov>
**Sent:** Sunday, February 2, 2025 1:25 PM
**To:** (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted]@hhs.gov>
**Cc:** (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted]@hhs.gov>; (b) (6) [redacted] (ARPA-H) (b) (6) [redacted]@arpa-h.gov>; (b) (6) [redacted] (b) (6) [redacted] (HHS/OGC) (b) (6) [redacted]@hhs.gov>
**Subject:** FW: Vera

(b) (6), (b) (5) [redacted] (b) (5) [redacted]

Thanks,

# EXHIBIT B8

**Lancey, Brandon (OS/ASPA)**

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 7:55 PM
**To:** [redacted]
**Subject:** RE: Vera
**Attachments:** 20250206 Vera Contract - Legal Requirements v2.xlsx

[redacted]

Thanks,
[redacted]

[redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 5:35 PM
**To:** [redacted]; [redacted]
**Cc:** [redacted]
**Subject:** RE: Vera

Sounds good, thanks [redacted]

(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 3:31 PM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** Re: Vera

Thanks very much, (b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted] (b) (5) [redacted]

Get [Outlook for iOS](#)

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 5:22:52 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** (b) (6), (b) (5) [redacted] (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Thanks for the opportunity to review, (b) (6), (b) (5) [redacted] (b) (5) [redacted]

[redacted]

Best,
(b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families & Aging Division

U.S. Department of Health and Human Services
330 C Street, SW
Washington, DC 20201
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 2:17 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** FW: Vera

Hi [redacted]

[redacted]

Let me know if you have any questions, I can be available to chat!

[redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 11:58 AM
**To:** [redacted]
**Subject:** RE: Vera

[redacted]

[redacted] (b) (6), (b) (5)
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
[redacted] (b) (6), (b) (5)

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** [redacted] (b) (6), (b) (5)
**Sent:** Thursday, February 6, 2025 1:01 PM
**To:** [redacted] (b) (6), (b) (5)
**Subject:** RE: Vera

Hi [redacted] (b) (6), (b) (5)

[redacted] (b) (5)

Happy to chat if that would be helpful,

(b) (6), (b) (5) [redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 9:36 AM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted]
(b) (5) [redacted]

- [redacted]
- [redacted]

[redacted]

Thanks,
(b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in

error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** [redacted]
**Sent:** Wednesday, February 5, 2025 1:53 PM
**To:** [redacted]
**Subject:** RE: Vera

Hi [redacted]

[redacted]

Let me know your thoughts on next steps,

<< File: Vera institute contract - legal authority.xlsx >> << File: Vera institute contract modification summaries.xlsx >>

[redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** [redacted]
**Sent:** Monday, February 3, 2025 1:14 PM
**To:** [redacted]
**Subject:** RE: Vera

Hi [redacted]
[redacted]

(b) (5) [redacted]

Thanks,
(b) (6), (b) (5) [redacted]

Attachments

- (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Monday, February 3, 2025 1:22 PM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted]

Happy to help – I can make 2:30 work (FYI - I have another call at 3). I'll send you a teams invite.

(b) (6), (b) (5) [redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Monday, February 3, 2025 11:17 AM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted] can we talk around 2:30 pm EST today (or afterwards) (b) (5) [redacted]

Thanks,
(b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Sunday, February 2, 2025 1:25 PM
**To:** (b) (6), (b) (5) [redacted]

**Cc:** (b) (6), (b) (5) [redacted]

**Subject:** FW: Vera

(b) (6), (b) (5) (b) (5) [redacted]

Thanks,

(b) (6), (b) (5) [redacted]

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Sunday, February 2, 2025 8:31 AM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Morning (b) (6), (b) (5) [redacted]
Attached is a list of the base period and 17 modifications for HHSP233201500041C. The list includes important details, including transaction, action date, amount, and action type. I've also attached a revised Zip file which added Modifications 14-17.
**To help interpret the data, I've included definitions for each column below:**

- **Column A: Transaction** – Identifies the modification number. Base period of contract is 0.
- **Column B: Action Date** – The date the base period was awarded and the dates the modifications were issued.
- **Column C: Amount**– The amount of money added or subtracted from the initial awarded amount by the modification. The initial awarded amount is $24,698,132 (base period).
- **Column D: Description** – Describes the reason contract was modified.

I hope the MS Excel spreadsheet provides clarification. I am happy to discuss if you have any questions.
**Note:** HHSP233201500041C **expired on March 29, 2021**. We are in the process of closing out this contract (see Modifications 16 and 17).

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Saturday, February 1, 2025 6:33 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

(b) (5) [redacted]

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:25:54 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Yes, it is the same contract. Please find attached another contract that PSC did with Vera Institute of Justice.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Saturday, February 1, 2025 6:23 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Please see below. Is this the same contract you sent me earlier?

<< OLE Object: Picture (Device Independent Bitmap) >>

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:36:25 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

(b) (6), (b) (5) [redacted]

I have attached a zip file inclusive of base contract and 13 modifications. Please let me know if you need additional information.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Saturday, February 1, 2025 5:18 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Thanks

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:11:29 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Evening (b) (6), (b) (5) [redacted]

Please find attached the base contract of Vera. Would you also like a copy of the modifications?

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

**From:** [redacted]
**Sent:** Saturday, February 1, 2025 5:08 PM
**To:** Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>; Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Thanks very much.

Best,

[redacted]

Get Outlook for iOS

---

**From:** Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:04:03 PM
**To:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; [redacted] Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Good Afternoon -

Will do; Carolyn is going to pull the contract.

Best,
Cheryl

Get Outlook for iOS

---

**From:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:02:22 PM
**To:** [redacted] Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

[redacted]

Standby.....

Cheryl/Carolyn

Please release the Vera contract to [redacted] (cc:d above).

Let me know when you have emailed it to him.

Regards
Rowell

Thanks

Get Outlook for iOS

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Saturday, February 1, 2025 4:50:21 PM
**To:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** Vera

Can you please send me the complete contract that PSC has with Vera that Scott called me about this morning?

Thanks a ton,

(b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Dep't of Health and Human Services
(b) (6), (b) (5) [redacted]

***Privileged and Confidential***

<< File: 19970117 FSA + Extension (12.7.01).pdf >> << File: 408 - 20231114 Motion for Approval of Settlement.pdf >> << File: 408 - Legal Rep related.pdf >>

# EXHIBIT B9

**Lancey, Brandon (OS/ASPA)**

---

**From:** [redacted]
**Sent:** Friday, February 7, 2025 9:46 AM
**To:** [redacted]
**Subject:** RE: Vera
**Attachments:** Copy of 20250206 Vera Contract - Legal Requirements v2.xlsx

Hi [redacted]

[redacted]

Let me know if there is anything else that I can do to assist on this,

[redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 5:55 PM
**To:** [redacted]
**Subject:** RE: Vera

[redacted]

[redacted]

[redacted]

[redacted]

Thanks,
[redacted]

[redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 5:35 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: Vera

Sounds good, thanks [redacted]

[redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** [redacted]
**Sent:** Thursday, February 6, 2025 3:31 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Vera

Thanks very much, [redacted]

[redacted]

Get [Outlook for iOS]

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 5:22:52 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Thanks for the opportunity to review, (b) (6), (b) (5) [redacted] (b) (5) [redacted]

Best,
(b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families & Aging Division
U.S. Department of Health and Human Services
330 C Street, SW
Washington, DC 20201
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 2:17 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** (b) (6), (b) (5) [redacted]
**Subject:** FW: Vera

Hi (b) (6), (b) (5) [redacted]

(b) (5) [redacted]

(b) (5) [redacted]

Let me know if you have any questions, I can be available to chat!

(b) (6), (b) (5) [redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: (b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 11:58 AM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

(b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 1:01 PM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted]

(b) (5) [redacted]

Happy to chat if that would be helpful,

(b) (6), (b) (5) [redacted]

Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: (b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Thursday, February 6, 2025 9:36 AM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted]

[redacted]

- (b) (5) [redacted]
- [redacted]

[redacted]

Thanks,
(b) (6), (b) (5) [redacted]

(b) (6), (b) (5) [redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
(b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Wednesday, February 5, 2025 1:53 PM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted]

(b) (5) [redacted]

Let me know your thoughts on next steps,

<< File: Vera institute contract - legal authority.xlsx >> << File: Vera institute contract modification summaries.xlsx >>

(b) (6), (b) (5) [redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: (b) (6), (b) (5) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Monday, February 3, 2025 1:14 PM
**To:** (b) (6), (b) (5) [redacted]
**Subject:** RE: Vera

Hi (b) (6), (b) (5) [redacted]
(b) (5) [redacted]

[redacted]

Thanks,
(b) (6), (b) (5) [redacted]

<u>Attachments</u>

- (b) (5) [redacted]
  - [redacted]
    - [redacted]
- [redacted]
  - [redacted]
- [redacted]
  - [redacted]

[redacted]

[redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** [redacted]
**Sent:** Monday, February 3, 2025 1:22 PM
**To:** [redacted]
**Subject:** RE: Vera

Hi [redacted]

Happy to help – I can make 2:30 work (FYI - I have another call at 3). I'll send you a teams invite.

[redacted]
Attorney
Children, Families and Aging Division
Office of the General Counsel
Phone: [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** [redacted]
**Sent:** Monday, February 3, 2025 11:17 AM
**To:** [redacted]
**Subject:** RE: Vera

Hi [redacted] can we talk around 2:30 pm EST today (or afterwards) [redacted]

Thanks,
[redacted]

[redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
[redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** [redacted]
**Sent:** Sunday, February 2, 2025 1:25 PM
**To:** [redacted]
**Subject:** FW: Vera

[redacted]

Thanks,

[redacted]

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Sunday, February 2, 2025 8:31 AM
**To:** [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Morning [redacted]

Attached is a list of the base period and 17 modifications for HHSP233201500041C. The list includes important details, including transaction, action date, amount, and action type. I've also attached a revised Zip file which added Modifications 14-17.

**To help interpret the data, I've included definitions for each column below:**

- **Column A: Transaction** – Identifies the modification number. Base period of contract is 0.
- **Column B: Action Date** – The date the base period was awarded and the dates the modifications were issued.
- **Column C: Amount**– The amount of money added or subtracted from the initial awarded amount by the modification. The initial awarded amount is $24,698,132 (base period).
- **Column D: Description** – Describes the reason contract was modified.

I hope the MS Excel spreadsheet provides clarification. I am happy to discuss if you have any questions.

**Note:** HHSP233201500041C **expired on March 29, 2021**. We are in the process of closing out this contract (see Modifications 16 and 17).

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** [redacted]
**Sent:** Saturday, February 1, 2025 6:33 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

[redacted]

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:25:54 PM
**To:** [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Yes, it is the same contract. Please find attached another contract that PSC did with Vera Institute of Justice.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Saturday, February 1, 2025 6:23 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Please see below. Is this the same contract you sent me earlier?

<< OLE Object: Picture (Device Independent Bitmap) >>

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:36:25 PM
**To:** (b) (6), (b) (5) [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

(b) (6), (b) (5) [redacted]

I have attached a zip file inclusive of base contract and 13 modifications. Please let me know if you need additional information.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** (b) (6), (b) (5) [redacted]
**Sent:** Saturday, February 1, 2025 5:18 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl

(OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Thanks

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:11:29 PM
**To:** [redacted]
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Evening [redacted]

Please find attached the base contract of Vera. Would you also like a copy of the modifications?

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**From:** [redacted]
**Sent:** Saturday, February 1, 2025 5:08 PM
**To:** Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>; Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Thanks very much.

Best,

[redacted]

Get Outlook for iOS

---

**From:** Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:04:03 PM
**To:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; [redacted] Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Good Afternoon -

Will do; Carolyn is going to pull the contract.

Best,
Cheryl

Get [Outlook for iOS]

---

**From:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:02:22 PM
**To:** [redacted] Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

[redacted]

Standby.....

Cheryl/Carolyn

Please release the Vera contract to [redacted] (cc:d above).

Let me know when you have emailed it to him.

Regards
Rowell

Thanks

Get [Outlook for iOS]

---

**From:** [redacted]
**Sent:** Saturday, February 1, 2025 4:50:21 PM
**To:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** Vera

Can you please send me the complete contract that PSC has with Vera that Scott called me about this morning?

Thanks a ton,

[redacted]

[redacted]
Dep't of Health and Human Services
[redacted]

***Privileged and Confidential***

# EXHIBIT B10

**Lancey, Brandon (OS/ASPA)**

**From:** [redacted]
**Sent:** Tuesday, February 18, 2025 3:29 PM
**To:** Biswas, Toby R M (ACF); [redacted]
**Cc:** Ruiz, Marcela (ACF)
**Subject:** RE: Urgent Contract Questions
**Attachments:** FW: Vera

Toby,
[redacted]

[redacted]

Thanks,
[redacted]

[redacted]
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
O: [redacted]
C: [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Sent:** Tuesday, February 18, 2025 11:51 AM
**To:** [redacted]
**Cc:** Ruiz, Marcela (ACF) <Marcela.Ruiz@acf.hhs.gov>

**Subject:** Urgent Contract Questions
**Importance:** High

(b) (6), (b) (5) [redacted]

Marcela asked that I reach out to OGC regarding two extremely urgent questions we need guidance on.

- (b) (5) [redacted]

- [redacted]

[redacted]

Thanks,
Toby

**Toby Biswas**
Director | Division of Unaccompanied Children Policy
Unaccompanied Children Bureau
Office of Refugee Resettlement
Administration for Children & Families
U.S. Department of Health & Human Services
toby.biswas@acf.hhs.gov

Mary E. Switzer Building
330 C Street SW, Room 5109
Washington DC 20201
202-205-4440 - Office