# EXHIBIT C:
# HHS SPREADSHEET

| EXHIBIT NO. | BATES NUMBERS |
|---|---|
| EX C1 | 10-12 |
| EX C2 | 143-145 |
| EX C3 | 160-162 |
| EX C4 | 177-179 |

# EXHIBIT C1

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT C2

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT C3

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]

# EXHIBIT C4

(b) (5)

[redacted]

(b) (5)

[redacted]

(b) (5)

[redacted]