# EXHIBIT D

(b) (5)

[redacted]