# EXHIBIT E

**Lancey, Brandon (OS/ASPA)**

**From:** Mimnaugh, Emily (HHS/OGC)
**Sent:** Tuesday, June 3, 2025 10:36 PM
**To:** Dodd-Chatman, Mahogany (HHS/OGC); Suh, Victor (HHS/OGC/CFAD); Wall, Jonathan (HHS/OGC); Ni, An (HHS/OGC); Balderston, Deirdre (HHS/OGC)
**Subject:** RE: Information on Acacia

Much appreciated – thanks!

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Dodd-Chatman, Mahogany (HHS/OGC)
**Sent:** Tuesday, June 3, 2025 10:35 PM
**To:** Mimnaugh, Emily (HHS/OGC) ; Suh, Victor (HHS/OGC/CFAD) ; Wall, Jonathan (HHS/OGC) ; Ni, An (HHS/OGC) ; Balderston, Deirdre (HHS/OGC)
**Subject:** Re: Information on Acacia

Hi Emily,

My apologies - (b) (5) [redacted]

Get Outlook for iOS

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Tuesday, June 3, 2025 5:32:35 PM
**To:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>; Ni, An (HHS/OGC) <An.Ni@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>
**Cc:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** Re: Information on Acacia

Mahogany - (b) (5) [redacted]

**Emily Claire Mimnaugh**
Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Sent:** Tuesday, June 3, 2025 7:26:26 PM
**To:** Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>; Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Ni, An (HHS/OGC) <An.Ni@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>
**Cc:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** Re: Information on Acacia

Adding Deirdre here for awareness

Get Outlook for iOS

---

**From:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Sent:** Tuesday, June 3, 2025 7:23 PM
**To:** Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>; Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Ni, An (HHS/OGC) <An.Ni@hhs.gov>
**Cc:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** Re: Information on Acacia

(b) (5) [redacted]

Get Outlook for iOS

---

**From:** Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Sent:** Tuesday, June 3, 2025 6:06 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Ni, An (HHS/OGC) <An.Ni@hhs.gov>; Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Cc:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** RE: Information on Acacia

Thanks for flagging. (b) (5) [redacted]

Jonathan D. Wall

Senior Litigation Attorney
Office of the General Counsel | National Complex Litigation and Investigations Division
U.S. Department of Health and Human Services
(202) 853-4292

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Tuesday, June 3, 2025 5:49 PM
**To:** Ni, An (HHS/OGC) <An.Ni@hhs.gov>; Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Cc:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** RE: Information on Acacia

Thank you!

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).

---

**From:** Ni, An (HHS/OGC) <An.Ni@hhs.gov>
**Sent:** Tuesday, June 3, 2025 5:49 PM
**To:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>; Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Cc:** Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** Re: Information on Acacia

No worries! I'm cc'ing my colleague, Mahogany, on this chain as she's the POC for the Acacia litigation.

**Attorney**
**Office of the General Counsel, Children, Family and Aging Division**
**U.S. Department of Health and Human Services**
**300 C Street, SW**

**Washington, DC 20201**
**An.ni@hhs.gov** | [redacted]

---

**From:** Mimnaugh, Emily (HHS/OGC) <Emily.Mimnaugh@hhs.gov>
**Sent:** Tuesday, June 3, 2025 5:43 PM
**To:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>; Ni, An (HHS/OGC) <An.Ni@hhs.gov>; Wall, Jonathan (HHS/OGC) <Jonathan.Wall@hhs.gov>
**Subject:** Information on Acacia

Hi Victor and An and Jon,

Apologies for the high traffic today, Victor and An.

(b) (5) [redacted]

[redacted]

Many thanks,
Emily

Legal Services (Acacia).docx

Emily Claire Mimnaugh

Deputy General Counsel
Office of the General Counsel | Immediate Office of the General Counsel
U.S. Department of Health and Human Services
Desk: 202-795-7805
Mobile: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5), (b)(7).