# EXHIBIT F

**From:** Keveney_Sean (HHS/OGC)
**To:** Harper_Mellissa (ACF); Anderson_Hannah (HHS/IOS); Melanson_Heather F.(HHS/IOS)
**Cc:** Kelley_Elizabeth (HHS/OGC)
**Subject:** FW: Vera
**Date:** Friday, February 7, 2025 4:55:22 PM
**Attachments:** 20250207 Vera Contract - Legal Requirements.xlsx
Vera Institute of Justice Inc_HHSP233201500041C.xlsx
HHSP233201500041C_Base and Modifications.zip
image001.png
image002.png

---

(b) (5) [redacted]

Happy to discuss.

Best,

Sean

---

**From:** Suh, Victor (HHS/OGC/CFAD) <Victor.Suh@hhs.gov>
**Sent:** Friday, February 7, 2025 4:49 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Kelley, Elizabeth (HHS/OGC) <Elizabeth.Kelley@hhs.gov>; Barry, Dan (ARPA-H) <dan.barry@arpa-h.gov>; Goulding, Michael (HHS/OGC) <Michael.Goulding@hhs.gov>; Scott, Marie (HHS/OGC) <Marie.Scott@hhs.gov>; Balderston, Deirdre (HHS/OGC) <Deirdre.Balderston@hhs.gov>; Dodd-Chatman, Mahogany (HHS/OGC) <Mahogany.Dodd-Chatman@hhs.gov>
**Subject:** RE: Vera

Sean,

(b) (5) [redacted]

Many thanks to Mahogany, our newest team member, for her work in putting this table together.

Please let us know if you have any questions about this.

Thanks,
Victor

(b) (5) [redacted] (b) (5) [redacted]

G. Victor Suh
Attorney
Office of the General Counsel
Children, Families and Aging Division
U.S. Dep't of Health & Human Services
O: (202) 774-3039
C: (b) (6) [redacted]

**Confidentiality Notice**: This message (including any attachments) from the HHS Office of the General Counsel normally contains information that is PRIVILEGED and CONFIDENTIAL, and is for the sole use of the intended recipient(s). Use or distribution by an unintended recipient is prohibited. If you believe you received this message (and any attachments) in error, please do not read, copy, print, forward, or otherwise use or share the information; please permanently delete all copies of the email and attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. This document may be exempt from disclosure under the Freedom of Information Act.

---

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Sunday, February 2, 2025 1:25 PM
**To:** Scott, Marie (HHS/OGC) <Marie.Scott@hhs.gov>
**Cc:** Kelley, Elizabeth (HHS/OGC) <Elizabeth.Kelley@hhs.gov>; Barry, Dan (ARPA-H) <dan.barry@arpa-h.gov>; Goulding, Michael (HHS/OGC) <Michael.Goulding@hhs.gov>
**Subject:** FW: Vera

Marie: (b) (5) [redacted]

Thanks,

Sean

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Sunday, February 2, 2025 8:31 AM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Morning Mr. Keveney,
Attached is a list of the base period and 17 modifications for HHSP233201500041C. The list includes important details, including transaction, action date, amount, and action type. I've also attached a revised Zip file which added Modifications 14-17.
**To help interpret the data, I've included definitions for each column below:**

- **Column A: Transaction** – Identifies the modification number. Base period of contract is 0.
- **Column B: Action Date** – The date the base period was awarded and the dates the modifications were issued.
- **Column C: Amount**– The amount of money added or subtracted from the initial awarded amount by the modification. The initial awarded amount is $24,698,132 (base period).
- **Column D: Description** – Describes the reason contract was modified.

I hope the MS Excel spreadsheet provides clarification. I am happy to discuss if you have any questions.
**Note:** HHSP233201500041C **expired on March 29, 2021**. We are in the process of closing out this contract (see Modifications 16 and 17).

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941

---

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:33 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

(b) (5) [redacted]

Get Outlook for iOS

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:25:54 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Yes, it is the same contract. Please find attached another contract that PSC did with Vera Institute of Justice.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 6:23 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Please see below. Is this the same contract you sent me earlier?

Image.png

Get Outlook for iOS

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:36:25 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Mr. Keveney,

I have attached a zip file inclusive of base contract and 13 modifications. Please let me know if you need additional information.

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson

Executive Assistant
lynette.jackson@hhs.gov
202-579-1941

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:18 PM
**To:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** Re: Vera

Thanks

Get Outlook for iOS

---

**From:** Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:11:29 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Cc:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Subject:** RE: Vera

Good Evening Mr. Keveney,

Please find attached the base contract of Vera. Would you also like a copy of the modifications?

Thanks,
Carolyn C. Taylor, MBA, MPA
Deputy Assistant Secretary for Acquisitions
Carolyn.Taylor@hhs.gov
Office Phone: (202) 603-6685

**For Scheduling, please contact:**
Lynette Jackson
Executive Assistant
lynette.jackson@hhs.gov
202-579-1941

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:08 PM
**To:** Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>; Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Thanks very much.

Best,

Sean

Get Outlook for iOS

---

**From:** Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:04:03 PM
**To:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Good Afternoon -

Will do; Carolyn is going to pull the contract.

Best,
Cheryl

Get Outlook for iOS

---

**From:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>
**Sent:** Saturday, February 1, 2025 5:02:22 PM
**To:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>; Taylor, Carolyn (OS/ASA/OAMS) <Carolyn.Taylor@hhs.gov>; Bodden, Cheryl (OS/ASA) <Cheryl.Bodden@hhs.gov>; Rice, Garey (HHS/ASFR) <Garey.Rice1@hhs.gov>; Mccormick, Cortney (HHS/IOS) <Cortney.Mccormick@hhs.gov>
**Subject:** Re: Vera

Sean

Standby.....

Cheryl/Carolyn

Please release the Vera contract to Sean Keveney (cc:d above).

Let me know when you have emailed it to him.

Regards
Rowell

Thanks

Get Outlook for iOS

---

**From:** Keveney, Sean (HHS/OGC) <Sean.Keveney@hhs.gov>
**Sent:** Saturday, February 1, 2025 4:50:21 PM
**To:** Rowell, Scott (HHS/IOS) <Scott.Rowell@hhs.gov>; Weir, Shana (OS/ASA) <Shana.Weir@hhs.gov>
**Subject:** Vera

Can you please send me the complete contract that PSC has with Vera that Scott called me about this morning?

Thanks a ton,

Sean

Sean R. Keveney
Acting General Counsel
Dep't of Health and Human Services
(o) 202-690-8454
(c) (b) (6) [redacted]

***Privileged and Confidential***